# EXHIBIT C

K&B HO5505 Office Chair - 18180306 - Overstock.com Shopping - ...          https://www.overstock.com/Home-Garden/K-B-HO5505-Office-Chai..

**FREE SHIPPING\* & EASY HOLIDAY RETURNS**



| Search | 🔍 | Get Paid to S |

Start Earning

**Shopping**   Worldstock   Main Street   Farmers Market   Pet Adoptions   O.info   Insurance

Furniture   Rugs   Décor   Bed & Bath   Home Improvement   Kitchen   Outdoor   Jewelry   Watches   Women   M

SAVE UP TO 70% OFF OR MORE ENDS IN :  05 : 48 : 55 *

Home & Garden  /  Furniture  /  Home Office Furniture  /  Office Chairs



### K&B HO5505 Office C

by K and B Furniture Co Inc

★★★★★  Review this ite

**Today:** **$163.99**

*Club O Gold Members Earn*  $8

☐ Add Gold to Cart for $19.95/yr.  Le

ITEM# 18180306

**Notify me when it is back in st**

Enter your email address, we wil

| Email |

☑ Sign up and receive exclusi
Policy

♥  Favorites

See all K and B Furniture Co Inc  /



‹   ›

**Share This Product:**

   

**Exhibit C**
**Page 19**

12/9/2016                                          KB Furniture



# HOME/OFFICE/COMPUTER FURN.

Search Here    [GO]

HOME/OFFICE/COMPUTER FURN.  >  HOME/OFFICE/COMPUTER FURN.  >  HO5505 SERIES

- BEDROOMS
- DINING ROOMS
- DINETTE SETS
- WALLS & ENTERTAINMENT CTRS
- HOME/OFFICE/COMPUTER FURN.
- JUVENILE FURNITURE & ACCESSORIES
- HOME ACCESSORIES
- LAMPS
- OCCASIONAL TABLES
- LIVING ROOMS
- RECLINERS
- ACCENT CHAIRS
- ACCENT FURNITURE

## WHOLESALE LOGIN

Username: [          ]
Password: [          ]

Click Here To Register    [Login]

WHOLESALE IMPORTERS FOR THOSE WHO APPRECIATE EXCELLENCE

### DESCRIPTION:

**Item Number: HO5505**

Black

### FEATURES:

Rotates in 360 degree. Height can adjust from 38.25" to 42". Assembly required.

>> LARGER PICTURE          Wholesale Login

| IMAGE | ITEM NAME | DIMENSION | PRICE |
|-------|-----------|-----------|-------|
|       | Office Chair SKU: HO5505 | 27"W x 27"D x 38"H | |

**Questions? Need Help email us**

Home   |   About   |   Contact Us   |   Policies   |   Show Room

kbfurniture.com © 2008 Copy Right Reserved

K&B FURNITURE COMPANY INC

**Exhibit C**

**Page 20**

12/9/2016 www.ApartmentFurnishers.com



**TRISTATE APARTMENT FURNISHERS**

The Source For All Your Needs In Furnished Housing

Specializing in supplying furniture and complete home amenities for Corporate housing, Staff Housing, Short & Long Term Stay, Senior citizen housing, Scattersight, Model homes for developers, Group Homes.

Furniture . Electronics . Appliances . Wall Pictures . Bedding . Linen . Towels . Furnishings . Rugs . Accessories

- BEDROOMS
- DINING ROOMS
- DINETTE SETS
- WALLS & ENTERTAINMENT CTRS
- BARS
- OCCASIONAL TABLES
- HOME/OFFICE/COMPUTER FURN.
- LIVING ROOMS
- RECLINERS
- LAMPS
- RUGS
- JUVENILE FURNITURE & ACCESSORIES
- CONTRACT FURNITURE
- ACCESSORIES/AMENITIES
- ACCENT CHAIRS
- ACCENT FURNITURE
- HOME ACCESSORIES

**Search** [ ] GO

**Wholesalers Login**

Username [ ]
Password [ ]
GO
Credit Application Form
Print Out Order Form

**Information**

- Home
- About Us
- Contact Us
- F.A.Q.
- Our Services

### HO5505 SERIES



Click for larger image

**Features**

Rotates in 360 degree. Height can adjust from 38.25" to 42". Assembly required.

<< Back to previous page

| Item No: | Item Name: | Dimension: | Finish: | Qty | Price: | Buy |
|---|---|---|---|---|---|---|
| HO5505 | Office Chair | 27"W x 27"D x 38"H | Black | | | Dealers Only |



Copyright 2002 All Rights Reserved
www.apartmentfurnishers.com
Site created by SmartWeb Design

**Exhibit C**

**Page 21**